TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
JORDAN PIPER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN PIPER,<br><br>Defendant. | No. 2:23-cr-00064 WBS<br><br>STIPULATION AND ORDER TO ADVANCE CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney ROGER YANG, and the Defendant, JORDAN PIPER, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. On March 13, 2023, Mr. Piper appeared before the Magistrate Judge Deborah Barnes for Waiver of Indictment and arraignment on the Information. The matter was then set for a change of plea on April 17, 2023. Time was excluded between March 13, 2023, and April 17, 2023, under Local Code T4.

2. By this stipulation, the defendant now moves to advance the change of plea to

March 20, 2023. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the defendant wishes to advance the change of plea to coordinate the timing of his federal case with Mr. Piper's other case in El Dorado County. Today in the magistrate court we were advised the Court was not available until late April for change of plea, but counsel for the government confirmed that was not accurate. All parties agree this matter should be advanced.

b. The government does not object to the continuance.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated: March 13, 2023 by: */s/Tasha Chalfant for*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 13, 2023 by: */s/Tasha Chalfant*
TASHA CHALFANT
Attorney for Defendant
JORDAN PIPER

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that good cause exists to advance the change of plea hearing.

The Court orders that the time already excluded from March 13, 2023 to April 17, 2023 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the presently set April 17, 2023, change of plea shall be advanced to **March 20, 2023, at 9:00 a.m**.

IT IS SO FOUND AND ORDERED.

Dated: March 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE