TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JORDAN THOMAS PIPER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:23-cr-0064 WBS |
| Plaintiff, | ) STIPULATION TO CONTINUE JUDGMENT AND SENTENCING, NEW DISCLOSURE DATES; FINDINGS AND ORDER |
| v. | ) |
| JORDAN THOMAS PIPER, | ) |
| Defendant. | ) |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney ROGER YANG, and the Defendant, JORDAN THOMAS PIPER, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.  By previous order, this matter was set for judgment and sentencing on June 12, 2023.

2.  By this stipulation, the defendant now moves to continue the judgment and sentencing until September 5, 2023. We also agree to set new disclosure dates. Plaintiff does not oppose this request and neither does probation.

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

AND NEW DISCLOSURE DATES

1

3. The parties agree and stipulate, and request that the Court find the following:

a. At the change of plea hearing, the government and defense counsel agreed upon the June 12, 2023 date for judgment and sentencing. Defense counsel and Mr. Piper conducted the PSR interview with probation in a timely manner and the disclosure dates called for the draft PSR to be filed no later than May 1, 2023. To date, probation has been unable to file the draft PSR due to unexpected, extended medical leave of the assigned officer. As such, probation has indicated this case will now be reassigned. After conferring with all parties including defense counsel, the government and probation, it seems the following is mutually agreeable date for judgment and sentencing as well as new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | 09/05/23 |
| Reply, or Statement of Non-Opposition: | 08/28/23 |
| Formal Objections to the Pre-sentence report: | 08/21/23 |
| Final Pre-sentence report: | 08/14/23 |
| Informal Objections to the Pre-sentence report: | 08/07/23 |
| Draft Pre-sentence report disclosed to counsel by: | 07/24/23 |

b. Counsel for the defendant desires additional time for probation to prepare the draft PSR and then to prepare for judgment and sentencing.

c. The government does not object to the continuance and neither does probation.

All counsel has reviewed this proposed order and authorized Tasha Paris Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  June 6, 2023                               by:    */s/Tasha Paris Chalfant for*
                                                                ROGER YANG
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff

/////
/////

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

AND NEW DISCLOSURE DATES

Dated:  June 6, 2023                             by:    */s/Tasha Paris Chalfant*
                                                        TASHA PARIS CHALFANT
                                                        Attorney for Defendant
                                                        JORDAN THOMAS PIPER

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

AND NEW DISCLOSURE DATES

3

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the presently set June 12, 2023, judgment and sentencing shall be continued to September 5, 2023, at 9:00 a.m. The Court also orders the following disclosure deadlines:

| | |
|---|---|
| Judgment and Sentencing: | **09/05/23, 9:00 a.m.** |
| Reply, or Statement of Non-Opposition: | 08/28/23 |
| Formal Objections to the Pre-sentence report: | 08/21/23 |
| Final Pre-sentence report: | 08/14/23 |
| Informal Objections to the Pre-sentence report: | 08/07/23 |
| Draft Pre-sentence report disclosed to counsel by: | 07/24/23 |

IT IS SO FOUND AND ORDERED.

Dated:  June 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND NEW DISCLOSURE DATES

4

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the presently set June 12, 2023, judgment and sentencing shall be continued to September 5, 2023, at 9:00 a.m. The Court also orders the following disclosure deadlines:

| | |
|---|---|
| Judgment and Sentencing: | **09/05/23, 9:00 a.m.** |
| Reply, or Statement of Non-Opposition: | 08/28/23 |
| Formal Objections to the Pre-sentence report: | 08/21/23 |
| Final Pre-sentence report: | 08/14/23 |
| Informal Objections to the Pre-sentence report: | 08/07/23 |
| Draft Pre-sentence report disclosed to counsel by: | 07/24/23 |

IT IS SO FOUND AND ORDERED.

Dated:  June 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE