PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
ROGER YANG
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:23-CR-00064-WBS |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JORDAN PIPER, | |
| Defendant. | |

On or about April 17, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Jordan Piper forfeiting to the United States the following property:

    a. GoPro Digital Camera, Model SPTM1, Serial Number C33113,
    b. SanDisk Ultra Plus 128 gigabyte Micro SD Card (found in GoPro Camera), and
    c. Samsung cell phone, Model SM-G970U, IMEI: 354774101191544.

Beginning on April 19, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1  Accordingly, it is hereby ORDERED and ADJUDGED:

2  1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Jordan Piper.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  December 5, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE